IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LANCE GILLIAM, as Executor of the of the Estate of MARY READ PARDOE, and JENNIFER PARDOE GILLIAM, as Trustee of the Jennifer Pardoe Gilliam Trust,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | § § § § § § § § § § § § § | CIVIL NO. 4:17-cv-01263 |

## AGREED ORDER ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

The Court, having considered the Plaintiffs' motion for preliminary injunction, the materials submitted therewith and the agreement of the parties, hereby ORDERS that pending further orders of the Court or the disposition of this action:

(1) The IRS is enjoined from the filing or service of any further seizures or levies on the property and bank accounts of the Estate of Mary Read Pardoe (the Estate), of GP Family Partners, Ltd. or of 2323 LLC for the tax debts of Lance and Jennifer Gilliam (the Gilliams);

(2) Any pending levies against assets of the Estate, of GP Family Partners, Ltd. or of 2323 LLC for taxes owed by the Gilliams for which funds have not been turned over to the IRS will be released;

(3) The IRS will retain any funds already received on levies against assets of the Estate, of GP Family Partners, Ltd. or of 2323 LLC for taxes owed by the Gilliams;

(4) The Estate, GP Family Partners, Ltd. and 2323 LLC are free to conduct their affairs in the normal course, including continuing the renovation and improvement of the residence on the Alleyton Farm and payment of the contractors performing that work, the payment of other property expenses, the payment of tax liabilities and the payment of legal fees;

(5) No personal expenses of the Gilliams will be paid with assets of the Estate, GP Family Partners, Ltd., 2323, LLC, or any other entity controlled by the Estate;

(6) No personal funds or assets of the Gilliams will be transferred to the Estate, GP Family Partners, Ltd., 2323 LLC or any other entity controlled by the Estate;

(7) The IRS may retain the liens filed against the Estate's property in Harris and Colorado counties, but any additional lien notices against the Estate for taxes owed by the Gilliams may only be filed with approval from the Court;

(8) The parties will consult with each other, and with the Court if necessary, concerning the disposition of funds or properties in which both the Estate and the Gilliams possess an ownership interest, including property owned by GP Family Partners Ltd. and 2323, LLC; and

(9) The parties may move for modification of this Order and for further relief as circumstances and the case develop.

Signed, May 17, 2017

Approved as to form and substance:

| | |
|---|---|
| /s/ Lawrence Sherlock<br>LAWRENCE SHERLOCK<br>State Bar No. 18240720<br>U.S. District Court No. 7454<br>Chamberlain, Hrdlicka, White, Williams<br>    & Aughtry<br>1200 Smith Street<br>Suite 1400<br>Houston, Texas 77002<br>(713) 654-9622<br>larry.sherlock@chamberlainlaw.com | /s/ Michelle C. Johns<br>MICHELLE C. JOHNS<br>State Bar No. 24010135<br>U.S. District Court No. 31695<br>Tax Division<br>U.S. Department of Justice<br>717 N. Harwood<br>Suite 400<br>Dallas, TX 75201<br>(214) 880-9762<br>michelle.c.johns@usdoj.gov |